Case 5:23-cv-00134   Document 17   Filed on 10/07/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PNC BANK NATIONAL ASSOCIATION, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:23-CV-00134 |
| LUZ M DI TACCHIO, | § § § | |
| Defendant. | § | |

## ORDER

On October 4, 2024, Plaintiff PNC Bank, National Association ("Plaintiff"), filed a self-effectuating notice of voluntary dismissal. (Dkt. 16.) *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The notice, signed by counsel for Plaintiff, notified the Court that the case has been voluntarily dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this October 7, 2024.

Diana Saldaña
United States District Judge